B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Eastern District of Tennessee | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Arrowhead Stone Manufacturing, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**62-1650279** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**202 W. Morelia Ave.**<br>**Knoxville, TN**<br><div align="right">ZIP Code<br>**37917**</div> | Street Address of Joint Debtor (No. and Street, City, and State):<br><div align="right">ZIP Code</div> |
| County of Residence or of the Principal Place of Business:<br>**Knox** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><div align="right">ZIP Code</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align="right">ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Type of Debtor
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

### Tax-Exempt Entity
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

### Filing Fee (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐<br>1-<br>49 | ☐<br>50-<br>99 | ☐<br>100-<br>199 | ☐<br>200-<br>999 | ☐<br>1,000-<br>5,000 | ☐<br>5,001-<br>10,000 | ☐<br>10,001-<br>25,000 | ☐<br>25,001-<br>50,000 | ☐<br>50,001-<br>100,000 | ☐<br>OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ■<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ☐<br>$1,000,001<br>to $10<br>million | ☐<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ■<br>$500,001<br>to $1<br>million | ☐<br>$1,000,001<br>to $10<br>million | ☐<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(1/08)                                                                                          Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Arrowhead Stone Manufacturing, Inc.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>    Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                                                Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Arrowhead Stone Manufacturing, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Lynn Tarpy**
Signature of Attorney for Debtor(s)

**Lynn Tarpy 006017**
Printed Name of Attorney for Debtor(s)

**Hagood, Tarpy & Cox, PLLC**
Firm Name
**2100 Riverview Tower**
**900 South Gay Street**
**Knoxville, TN 37902**

Address

**(865) 525-7313  Fax: (865) 525-0858**
Telephone Number

**November 11, 2009**
Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ David Camp**
Signature of Authorized Individual
**David Camp**
Printed Name of Authorized Individual
**President**
Title of Authorized Individual
**November 11, 2009**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer).(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
### Eastern District of Tennessee

In re **Arrowhead Stone Manufacturing, Inc.** _____     Case No. _____

_____ Debtor(s)      Chapter     **7**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$1,005,282.00** | **January 1, 2009 - Present**<br>**Product Sales and Installation** |
| **$1,778,678.00** | **January 1 - December 31, 2008**<br>**Product Sales and Installation** |
| **$2,958,359.00** | **January 1 - December 31, 2007**<br>**Product Sales and Installation** |

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|

**3. Payments to creditors**

None
■

***Complete a. or b., as appropriate, and c.***

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **See attachment** | | **$0.00** | **$0.00** |

None
☐

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Harry Wade, Jr.** | **Past year note repayment** | **$0.00** | **$0.00** |
| **David M. Sizemore** | **past year - expense reimbursement** | **$0.00** | **$0.00** |
| **David G. Camp** | **past year - expense reimbursement** | **$0.00** | **$0.00** |
| **See Attachment** | | **$0.00** | **$0.00** |

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Arrowhead Stone v. Merrell 25218** | **Collection and counterclaim** | **Knox County Circuit Court** | **Pending - Merrell has filed bankruptcy** |

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

4

**8.  Losses**

None  ☐    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or
since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both
spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| **$24,964.10 cash** | **Employee theft. Former employee is repaying slowly. See Schedule B** | **August 2008 through July 2009** |

**9.  Payments related to debt counseling or bankruptcy**

None  ☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation
concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately
preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Lynn Tarpy<br>Hagood, Tarpy & Cox, PLLC<br>900 South Gay Street<br>Suite 2100<br>Knoxville, TN 37902** | **November 2009** | **$3,500.00** |

**10.  Other transfers**

None  ■    a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor,
transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors
filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the
spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None  ■    b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled
trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.  Closed financial accounts**

None  ■    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or
otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other
financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds,
cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must
include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed,
unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

5

**12. Safe deposit boxes**

None ■  List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ■  List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ☐  List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**See attached**

**15. Prior address of debtor**

None ■  If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None ■  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

6

None ■ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ■ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None ■ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **David and Chris Camp**<br>**12236 Mossy Point Way**<br>**Knoxville, TN 37922** | **May 2008 - Present** |
| **Jessica King**<br>**750 E. Beaver Creek Drive**<br>**Knoxville, TN 37918** | **August 2008 - August 2009** |
| **Darlene Betts**<br>**533 Joshua Drive**<br>**Dandridge, TN 37725** | **August 2009 - Present** |
| **Kyra Elliot**<br>**6506 Orchard Creek Lane**<br>**Knoxville, TN 37918** | **November 2001 - May 2008** |
| **David and Mary EllenTravis** | **1999 - May 2008** |
| **Lattimore, Black, Morgan & Cain, CPA's**<br>**10024 Investment Drive**<br>**Suite 200**<br>**Knoxville, TN 37932** | **2001 - Present** |

None ■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None ☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **David Camp** | **12236 Mossy Point Way**<br>**Knoxville, TN 37922** |

None ☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **BB&T**<br>**900 S Gay St**<br>**Knoxville, TN 37902** | **April 2009 & June 2008** |
| **PCA**<br>**PO Box 532058**<br>**Atlanta, GA 30353-2058** | **October 2009** |
| **North American Container**<br>**PO Box 402346**<br>**Atlanta, GA 30384-2346** | **October 2009** |

8

**20. Inventories**

None ☐    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| **11/2/09** | **David Camp** | **$55,570.00 Market** |
| **11/2/09** | **David Sizemore** | **$44,158.00 Market** |

None ☐    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| **11/2/09** | **David Camp 12236 Mossy Point Way Knoxville, TN 37922** |
| **11/2/09** | **David Sizemore 916 Weatherly Hills Blvd Knoxville, TN 37934** |

**21 . Current Partners, Officers, Directors and Shareholders**

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **David Camp 12236 Mossy Point Way Knoxville, TN 37922** | **President, Shareholder, Director** | **36.9% common shares** |
| **Christine Camp 12236 Mossy Point Way Knoxville, TN 37922** | **Director** | |
| **David M. Sizemore 916 Weatherly Hills Blvd Knoxville, TN 37934** | **Secretary, Shareholder, Director** | **17.8%** |
| **Harry Wade, Jr. 408 Erin Dr. Knoxville, TN 37919** | **Shareholder** | **45.3% common shares** |

**22 . Former partners, officers, directors and shareholders**

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

9

None
■  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

### 23 . Withdrawals from a partnership or distributions by a corporation

None
☐  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **David Camp**<br>**12236 Mossy Point Way**<br>**Knoxville, TN 37922**<br>  **Shareholder** | **Irregular salary and health insurance** | **$33,297.00** |
| **David Sizemore**<br>**916 Weatherly Hills Blvd**<br>**Knoxville, TN 37934**<br>  **Shareholder** | **Irregular salary, health insurance, car note** | **$50,721.00** |

### 24. Tax Consolidation Group.

None
■  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

### 25. Pension Funds.

None
■  If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **November 11, 2009**                Signature  **/s/ David Camp**
                                                   **David Camp**
                                                   **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

### Eastern District of Tennessee

In re   **Arrowhead Stone Manufacturing, Inc.**                              ,      Case No. _____

                                             Debtor

                                                                              Chapter_____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 7 | 257,945.53 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 230,769.32 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 8 | | 140,255.90 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 15 | | 598,860.22 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 2 | | | |
| I -  Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J -  Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 35 | | | |
| Total Assets | | | 257,945.53 | | |
| Total Liabilities | | | | 969,885.44 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court

### Eastern District of Tennessee

In re    **Arrowhead Stone Manufacturing, Inc.**

_____ ,

Debtor

Case No. _____

Chapter _____ **7** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6A (Official Form 6A) (12/07)

.

In re  **Arrowhead Stone Manufacturing, Inc.**                                                    ,          Case No. _____
                                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

|  | Sub-Total > | **0.00** | (Total of this page) |
|---|---|---|---|
|  | Total > | **0.00** | |
| **0** continuation sheets attached to the Schedule of Real Property | (Report also on Summary of Schedules) | | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re    **Arrowhead Stone Manufacturing, Inc.** _____,    Case No. _____
                                                Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Commercial Checking Account BB&T 900 S Gay St Knoxville, TN 37902** | - | 100.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | **KUB PO Box 59017 Knoxville, TN 37950-9017** | - | 6,200.00 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | | **Olympus Digital Camera** | - | 25.00 |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Workers Compensation Policy (First Comp) Liability Insurance Policy (Columbia)** | - | 2,000.00 |
| 10.  Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >        **8,325.00**
(Total of this page)

__3__    continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Arrowhead Stone Manufacturing, Inc.**                                      ,    Case No. _____

                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Trade Receivables See Attachment** | - | 38,539.89 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Returned Checks** | - | 518.69 |
| | | **Misc. Receivables** | - | 228.24 |
| | | **Jessica King** | - | 19,291.71 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >    58,578.53
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Arrowhead Stone Manufacturing, Inc.**                                    ,        Case No. _____
                                                                 Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **Coping Stone Concept** | - | **Unknown** |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | **Customer List** | - | **Unknown** |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2005 International Truck and Palfinger Forklift** | - | **50,000.00** |
| | | **2000 Ford F-250 Truck** | - | **5,000.00** |
| | | **2004 Bobcat S-160 with 56" bucket & 48" forks** | - | **15,000.00** |
| | | **2005 Toyota forklift with 48" forks, side shifter** | - | **11,000.00** |
| | | **1999 Toyota forklift** | - | **4,000.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **3 Computers, 1 CD Player, 6 Desks, 4 Folding Tables, 3 Storage Cabinets, 3 Side Cabinets, 11 Chairs, 10 Filing Cabinets, 3 Portable Heaters, 2 Refrigerators, 2 Microwave Ovens,  Letter Scale, Shredder, Laminator, Power Strips, 2 Printer/Copiers, 4 Telephone Sets, other misc. supplies.** | - | **3,100.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Machinery, Fixtures, Equipment** | - | **54,015.00** |
| | | **Production molds** | - | **Unknown** |
| 30. Inventory. | | **Finished goods** | - | **44,158.00** |
| | | Sub-Total > (Total of this page) | | **186,273.00** |

Sheet  **2**  of  **3**   continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                     Best Case Bankruptcy

11/11/09  9:23AM

B6B (Official Form 6B) (12/07) - Cont.

In re   **Arrowhead Stone Manufacturing, Inc.** ,                    Case No. _____

                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| **Raw Materials & Supplies** | | | **-** | **4,769.00** |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | **4,769.00** |
| (Total of this page) | |
| Total > | **257,945.53** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

*PART B*
*PERSONAL PROPERTY*
*(SCHEDULE B)*

**Arrowhead Stone Mfg Inc**
*16. ACCOUNTS RECEIVABLE*
**As of December 31, 2009**

| | Type | Date | Terms | Due Date | Aging | Open Balance |
|---|---|---|---|---|---|---|
| **Black Bear Trading Aps** | Invoice | 05/18/2009 | 2% 10 Net 30 | 06/17/2009 | 197 | 615.00 |
| | | | | | | 615.00 |
| **Custom Works of Fayetteville** | Invoice | 07/09/2009 | 2% 10 Net 30 | 08/08/2009 | 145 | 1,200.00 |
| | Invoice | 08/26/2009 | 2% 10 Net 30 | 09/25/2009 | 97 | 254.61 |
| | | | | | | 1,454.61 |
| **Flores, Dan** | Invoice | 11/18/2008 | Net 30 | 12/18/2008 | 378 | 1,102.26 |
| | | | | | | 1,102.26 |
| **Foxhollow Goodson Group** | Payment | 05/18/2009 | | | | -0.22 |
| | Invoice | 05/12/2009 | 50% dn,due receipt | 05/12/2009 | 233 | 0.22 |
| | Invoice | 12/31/2009 | COD | 08/27/2009 | 126 | 390.61 |
| | | | | | | 390.61 |
| **Harris Jr., Ralph** | General Journal | 12/31/2008 | | | | -1,851.46 |
| | General Journal | 09/25/2009 | | | | 1,851.46 |
| | Payment | 09/25/2009 | | | | -10,602.28 |
| | Invoice | 03/01/2007 | | 09/01/2006 | 1,217 | 1,851.46 |
| | Invoice | 12/31/2009 | Paid in Full | 12/31/2009 | | 10,643.79 |
| | | | | | | 1,892.97 |
| **Hixson, Clark** | Invoice | 09/19/2007 | 2% 10 Net 30 | 10/19/2007 | 804 | 68.43 |
| | Invoice | 10/24/2007 | 2% 10 Net 30 | 11/23/2007 | 769 | 1,550.00 |
| | Invoice | 10/24/2007 | 2% 10 Net 30 | 11/23/2007 | 769 | 4,285.00 |
| | Invoice | 11/05/2007 | 2% 10 Net 30 | 12/05/2007 | 757 | 1,625.00 |
| | Invoice | 11/05/2007 | 2% 10 Net 30 | 12/05/2007 | 757 | 1,562.50 |
| | Invoice | 11/12/2007 | 2% 10 Net 30 | 12/12/2007 | 750 | 1,188.00 |
| | Invoice | 11/12/2007 | 2% 10 Net 30 | 12/12/2007 | 750 | 1,404.00 |
| | Invoice | 09/08/2008 | COD | 09/08/2008 | 479 | 1,100.00 |
| | Invoice | 09/24/2008 | COD | 09/24/2008 | 463 | 1,692.00 |
| | Invoice | 10/30/2008 | COD | 11/03/2008 | 423 | 2,254.20 |
| | Invoice | 01/02/2009 | COD | 01/02/2009 | 363 | 1,854.00 |
| | Invoice | 01/23/2009 | COD | 01/23/2009 | 342 | 2.50 |
| | Invoice | 03/02/2009 | COD | 03/02/2009 | 304 | 2,370.00 |
| | Invoice | 07/09/2009 | COD | 07/09/2009 | 175 | 252.00 |

| | Type | Date | Terms | Due Date | Aging | Open Balance |
|---|---|---|---|---|---|---|
| | | | | | | 21,207.63 |
| **Johnson, David** | Invoice | 04/17/2009 | COD | 04/17/2009 | 258 | 150.00 |
| | Invoice | 10/15/2009 | 50% dn,due receipt | 10/15/2009 | 77 | 300.00 |
| | | | | | | 450.00 |
| **Joseph Construction** | Invoice | 08/27/2009 | Special | 08/27/2009 | 126 | 4,673.33 |
| | | | | | | 4,673.33 |
| **Mackintosh, Carol** | Invoice | 11/02/2009 | 50% dn,due receipt | 11/02/2009 | 59 | 86.16 |
| | | | | | | 86.16 |
| **Newman, Terry** | Invoice | 09/28/2009 | COD | 09/28/2009 | 94 | 175.89 |
| | | | | | | 175.89 |
| **Ramsey, Carlos** | Payment | 09/26/2009 | | | | -3,492.52 |
| | Invoice | 12/31/2009 | COD | 10/12/2009 | 80 | 3,742.52 |
| | | | | | | 250.00 |
| **Rivera, Carlos** | Invoice | 07/28/2009 | COD | 07/28/2009 | 156 | 58.38 |
| | | | | | | 58.38 |
| **Ron's Open Flame** | Invoice | 12/31/2009 | COD | 10/30/2009 | 62 | 187.91 |
| | | | | | | 187.91 |
| **Rose Rock Yard** | General Journal | 12/31/2008 | | | | -1,214.72 |
| | General Journal | 07/16/2009 | | | | 1,214.72 |
| | Invoice | 05/28/2008 | Due on receipt | 05/28/2008 | 582 | 94.63 |
| | Invoice | 07/22/2008 | Due on receipt | 07/22/2008 | 527 | 881.09 |
| | | | | | | 975.72 |
| **Smith, Bill & Laura** | Invoice | 07/27/2009 | Due on receipt | 07/27/2009 | 157 | 1,940.86 |
| | | | | | | 1,940.86 |

## Trade Receivables
### As of December 31, 2009

|  | Type | Date | Terms | Due Date | Aging | Open Balance |
|---|---|---|---|---|---|---|
| **Smith, Jim & Amy** | Invoice | 10/29/2009 | 50% dn,due receipt | 10/29/2009 | 63 | 464.24 |
|  |  |  |  |  |  | 464.24 |
| **Warwick, Daryl** | Invoice | 12/31/2009 | 50% dn,due receipt | 10/14/2009 | 78 | 771.85 |
|  |  |  |  |  |  | 771.85 |
| **Yunker, Kenny** |  |  |  |  |  |  |
|  | Invoice | 05/15/2009 | 50% dn,due receipt | 05/15/2009 | 230 | 1,842.47 |
|  |  |  |  |  |  | 1,842.47 |
| **TOTAL** |  |  |  |  |  | 38,539.89 |

### Customer deposits that should be refunded (not reflected above)

| Cordell, Bill | Payment | 10/08/2009 | -1,147.13 |
|---|---|---|---|
| Phillips, Walker | Payment | 08/25/2009 | -500.00 |
| Rustic Design Construction Group, L | Payment | 05/14/2008 | -4,000.00 |
| Total |  |  | -5,647.13 |

Net customer accounts                                                          32,892.76

**B6D (Official Form 6D) (12/07)**

In re   **Arrowhead Stone Manufacturing, Inc.**                                  ,   Case No. _____
                                                   Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxx-x0005** <br><br> **BB&T Banking & Trust Center Operations  Center PO Box 819 Wilson, NC 27894-0819** | X | - | **Accounts receiveable, inventory, equipment** <br><br><br> Value $              **250,000.00** | | | | 195,040.40 | 0.00 |
| Account No. **xxx-xxxxxx9-001** <br><br> **BB&T Leasing Corporation PO Box 31273 Charlotte, NC 28231** | X | - | **2005 International Truck and Palfinger Forklift** <br><br><br> Value $                **50,000.00** | | | | 8,759.11 | 0.00 |
| Account No. **xxxxxxxx-xxxxxxx3242** <br><br> **Toyota Financial Services Commercial Finance PO Box 3457 Torrance, CA 90510-3457** | | - | **2005 Toyota forklift with 48" forks, side shifter** <br><br><br> Value $                **11,000.00** | | | | 11,879.00 | 879.00 |
| Account No. **xxx-xxxxxx1-700** <br><br> **Wells Fargo Equipment Finance 733 Marquette Ave Suite 700 Minneapolis, MN 55402** | X | - | 9/18/2008 <br><br> **2004 Bobcat S-160 with 56" bucket & 48" forks** <br><br> Value $                **15,000.00** | | | | 15,090.81 | 90.81 |

   **0**   continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) | 230,769.32 | 969.81 |
| Total (Report on Summary of Schedules) | 230,769.32 | 969.81 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                   Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

.

In re    **Arrowhead Stone Manufacturing, Inc.**                                          Case No. _____
                                                                          ,
                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**7**_____ continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07) - Cont.

In re    **Arrowhead Stone Manufacturing, Inc.**                                          ,    Case No. _____
                                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community<br>DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY<br>AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| **Adam Little**<br>**2724 MLK Blvd**<br>**Knoxville, TN 37914** | - | | | | | | | **0.00** |
| | | | | | | | **108.48** | **108.48** |
| Account No. | | | | | | | | |
| **Aniroot Chunchalean**<br>**160 Chickamauga Ave**<br>**Knoxville, TN 37917** | - | | | | | | | **0.00** |
| | | | | | | | **109.30** | **109.30** |
| Account No. | | | | | | | | |
| **Christopher Berry**<br>**429 Chicapauga Avenue**<br>**Knoxville, TN 37917** | - | | | | | | | **0.00** |
| | | | | | | | **134.40** | **134.40** |
| Account No. | | | | | | | | |
| **Darlene Betts**<br>**533 Joshua Drive**<br>**Dandridge, TN 37725** | - | | | | | | | **0.00** |
| | | | | | | | **1,357.13** | **1,357.13** |
| Account No. | | | | | | | | |
| **David G. Camp**<br>**12236 Mossy Point Way**<br>**Knoxville, TN 37922** | - | | | | | | | **14,342.00** |
| | | | | | | | **25,292.00** | **10,950.00** |

Sheet  _1_  of  _7_  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | **14,342.00** |
|---|---|---|
| | (Total of this page) | **27,001.31** | **12,659.31** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                     Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re  **Arrowhead Stone Manufacturing, Inc.**                              ,     Case No. _____
                              Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY — AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. |  |  |  |  |  |  |  |  |
| David Sizemore 916 Weatherly Hills Blvd Knoxville, TN 37934 |  |  | - |  |  |  |  | 26,089.00 |
|  |  |  |  |  |  |  | 37,039.00 | 10,950.00 |
| Account No. |  |  |  |  |  |  |  |  |
| Harold Beaman 1505 Crestridge Drive Maryville, TN 37804 |  |  | - |  |  |  |  | 3,028.83 |
|  |  |  |  |  |  |  | 3,028.83 | 0.00 |
| Account No. |  |  |  |  |  |  |  |  |
| Jeffrey Lewis 2944 Bluegrass Lane Strawberry Plains, TN 37871 |  |  | - |  |  |  |  | 0.00 |
|  |  |  |  |  |  |  | 1,649.52 | 1,649.52 |
| Account No. |  |  |  |  |  |  |  |  |
| John Brooks 712 Boggs Avenue Knoxville, TN 37920 |  |  | - |  |  |  |  | 0.00 |
|  |  |  |  |  |  |  | 51.68 | 51.68 |
| Account No. |  |  |  |  |  |  |  |  |
| John Mundell 5505 River Point Cove Knoxville, TN 37919 |  |  | - |  |  |  |  | 0.00 |
|  |  |  |  |  |  |  | 250.00 | 250.00 |

Sheet __2__ of __7__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 29,117.83 |
|---|---|---|
| | (Total of this page) | 42,019.03 | 12,901.20 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **Arrowhead Stone Manufacturing, Inc.** , Case No. _____
                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. Jon Owens 171 Kingstown Colony Drive Maryville, TN 37803 | | - | | | | | 137.36 | 137.36 / 0.00 |
| Account No. Justin Rathburn 533 Joshua Drive Dandridge, TN 37725 | | - | | | | | 63.36 | 0.00 / 63.36 |
| Account No. Leon Watson 3419 Wilson Avenue Knoxville, TN 37914 | | - | | | | | 106.56 | 0.00 / 106.56 |
| Account No. Michael McMahan 3105 E. Fifth Ave Knoxville, TN 37914 | | - | | | | | 1,060.44 | 0.00 / 1,060.44 |
| Account No. Omar Scott 404 Tammy Drive Powell, TN 37849 | | - | | | | | 104.48 | 0.00 / 104.48 |

Sheet __3__ of __7__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page): 1,472.20 | 137.36 / 1,334.84

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **Arrowhead Stone Manufacturing, Inc.** , Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. Paul Grimes 1207 Karnes Avenue Knoxville, TN 37917 | | - | | | | | | 94.80 | 0.00  94.80 |
| Account No. Salvador Juan 1131 Connecticutt Avenue Knoxville, TN 37921 | | - | | | | | | 131.15 | 0.00  131.15 |
| Account No. Shon Ethridge 2724 MLK Blvd Knoxville, TN 37921 | | - | | | | | | 211.27 | 0.00  211.27 |
| Account No. Terry Byrd 121 Cedar Ridge Drive Knoxville, TN 37924 | | - | | | | | | 536.51 | 0.00  536.51 |
| Account No. U.S. Dept. of Labor Wage and Hour Division 710 Locust Street Suite 101 Knoxville, TN 37902 | | - | | Notice purposes | | | | 0.00 | 0.00  0.00 |

| | | |
|---|---|---|
| Sheet __4__ of __7__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal (Total of this page) | 0.00 973.73  973.73 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re  **Arrowhead Stone Manufacturing, Inc.** _____,     Case No. _____
                                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Victor Ethridge**<br>**915 Virginia Ave**<br>**Knoxville, TN 37921** | - | | | | | | **112.35** | **0.00**<br><br>**112.35** |
| Account No.<br><br>**William Guinard**<br>**2068 Crossroads**<br>**Concord, VT 05824** | - | | | | | | **1,237.80** | **0.00**<br><br>**1,237.80** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet  **5**  of  **7**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | **0.00** |
| (Total of this page) | **1,350.15** | **1,350.15** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **Arrowhead Stone Manufacturing, Inc.**                    ,          Case No. _____
                                                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C — Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xxx9363** | | | | | | | | | |
| **City of Knoxville Personal Property Tax PO Box 15001 Knoxville, TN 37901** | | - | | | | | | 0.00 | |
| | | | | | | | 4,265.83 | | 4,265.83 |
| Account No. | | | **Payroll Taxes** | | | | | | |
| **Internal Revenue Service 701 Locust Street Drawer 400 Knoxville, TN 37902** | | - | | | | | | 0.00 | |
| | | | | | | | 33,766.15 | | 33,766.15 |
| Account No. | | | | | | | | | |
| **Knox County Trustee PO Box 70 Knoxville, TN 37901-0070** | | - | | | | | | 0.00 | |
| | | | | | | | 3,859.92 | | 3,859.92 |
| Account No. **xxxx-019 1** | | | **Payroll Taxes** | | | | | | |
| **Tennessee Department of Labor Employment Security Division 220 French Landing Drive Nashville, TN 37243** | | - | | | | | | 0.00 | |
| | | | | | | | 3,509.46 | | 3,509.46 |
| Account No. | | | **unemployment** | | | | | | |
| **Tennessee Department of Labor Employment Security Division 220 French Landing Drive Nashville, TN 37243** | | - | | | | | | 6,350.00 | |
| | | | | | | | 6,350.00 | | 0.00 |

Sheet __6__ of __7__ continuation sheets attached to          Subtotal            | 6,350.00 |
Schedule of Creditors Holding Unsecured Priority Claims      (Total of this page)  | 51,751.36 | 45,401.36 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **Arrowhead Stone Manufacturing, Inc.** _____ ,   Case No. _____
                                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Tennessee Depatment of Revenue Tax Enforcement Division PO Box 378 Knoxville, TN 37901** | X | - | | | | | 15,688.12 | 0.00 | 15,688.12 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet __7__ of __7__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 |
|---|---|---|
| | | 15,688.12 | 15,688.12 |
| | Total | 49,947.19 |
| | (Report on Summary of Schedules) | 140,255.90 | 90,308.71 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re  **Arrowhead Stone Manufacturing, Inc.** _____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. <br><br> **A&W Compressor & Mechanical** <br> **PO Box 820** <br> **Maynardville, TN 37807** | | - | | | | | | | 1,348.68 |
| Account No. <br><br> **A-Welders & Medical Supply** <br> **124 Morelia Avenue NW** <br> **Knoxville, TN 37917** | | - | | | | | | | 2,367.99 |
| Account No. <br><br> **A.G. Heins Company, Inc.** <br> **PO Box 486** <br> **Knoxville, TN 37901** | | - | | | | | | | 0.03 |
| Account No. <br><br> **AAA Cooper** <br> **3235 Sutherland Avenue** <br> **Knoxville, TN 37919** | | - | | | | | | | 1,719.88 |
| __14__  continuation sheets attached | | | | | Subtotal <br> (Total of this page) | | | | 5,436.58 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Arrowhead Stone Manufacturing, Inc.**                                    ,    Case No. _____
_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Absolute Weighing, Inc.** **7824 Ewing Road** **Powell, TN 37849** | - | | | | | | | 125.00 |
| Account No. | | | | | | | | |
| **AFLAC** **Attn: Remittance Processing Services** **1932 Wynnton Road** **Columbus, GA 31999** | - | | | | | | | 1,729.18 |
| Account No. | | | | | | | | |
| **Aggregates USA, LLC** **PO Box 2389** **Knoxville, TN 37901** | - | | | | | | | 2,491.25 |
| Account No. | | | | | | | | |
| **AIN Plastics** **6700 Poe Avenue** **Dayton, OH 45414** | - | | | | | | | 5,017.88 |
| Account No. | | | | | | | | |
| **Alarms Unlimited** **10820 Kingston Pike** **Suite 6** **Knoxville, TN 37934** | - | | | | | | | 357.00 |

Sheet no. __1__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,720.31

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **Arrowhead Stone Manufacturing, Inc.**                                                            Case No. _____
                                                                    ,
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Allied Toyotalift** **1640 Island Home Avenue** **Knoxville, TN 37920** | | - | | | | | | |
| | | | | | | | | **1,919.27** |
| Account No. **xxxx xxxxxx x1001** | | | | | | | | |
| **American Express** **PO Box 981535** **El Paso, TX 79998-1535** | X | - | | | | | | |
| | | | | | | | | **23,828.41** |
| Account No. | | | | | | | | |
| **Arrow Computers** **PO Box 30741** **Knoxville, TN 37930** | | - | | | | | | |
| | | | | | | | | **499.28** |
| Account No. | | | | | | | | |
| **AT&T** **PO Box 105262** **Atlanta, GA 30348-5262** | | - | | | | | | |
| | | | | | | | | **120.45** |
| Account No. | | | | | | | | |
| **AT&T Advertising** **PO Box 105262** **Atlanta, GA 30348-5024** | | - | | | | | | |
| | | | | | | | | **8,432.81** |

Sheet no. __**2**___ of __**14**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **34,800.22**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Arrowhead Stone Manufacturing, Inc.** _____,    Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Averitt Express, Inc. P.O. Box 3145 Cookeville, TN 38503 | - | | | | | | | 2,753.19 |
| Account No. | | | | | | | | |
| Bass, Berry & Sims 315 Deadrick St Suite 2700 Nashville, TN 37238-0002 | - | | | | | | | 8,411.21 |
| Account No. | | | | | | | | |
| BB&T Financial PO Box 200 Wilson, NC 27894 | - | | | | | | | 10,285.69 |
| Account No. | | | | | | | | |
| Bill Cordell 1401 Glenmar Ave Mount Carmel, TN 37645 | - | | | | | | | 1,147.13 |
| Account No. | | | | | | | | |
| C.H. Robinson Worldwide Inc. PO Box 9121 Minneapolis, MN 55480-9121 | - | | | | | | | 432.72 |

Sheet no. __3__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **23,029.94**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Arrowhead Stone Manufacturing, Inc.**                                     ,        Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Capital One Visa**<br>**PO Box 30285**<br>**Salt Lake City, UT 84130-0285** | X | - | | | | | | |
| | | | | | | | | 848.30 |
| Account No. | | | | | | | | |
| **Cathay Pigments USA**<br>**2445 Millennium Dr**<br>**Elgin, IL 60124** | | - | | | | | | |
| | | | | | | | | 15,724.91 |
| Account No. | | | | | | | | |
| **Cemex/Southdown**<br>**PO Box 403880**<br>**Atlanta, GA 30384-3880** | | - | | | | | | |
| | | | | | | | | 12,689.14 |
| Account No. | | | | | | | | |
| **Cintas**<br>**340 Dunavent Dr**<br>**Rockford, TN 37853** | | - | | | | | | |
| | | | | | | | | 819.28 |
| Account No. | | | | | | | | |
| **Cintas First Aid & Safety**<br>**2847 John Deere Dr**<br>**Suite 103**<br>**Knoxville, TN 37917** | | - | | | | | | |
| | | | | | | | | 1,379.52 |

Sheet no. __4__ of __14__ sheets attached to Schedule of                                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                                    (Total of this page)            | 31,461.15 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Arrowhead Stone Manufacturing, Inc.**                          ,     Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **City Heating and Air Conditioning**<br>**PO Bix 52908**<br>**Knoxville, TN 37950** | - | | | | | | | 318.00 |
| Account No. | | | | | | | | |
| **Claxton Supply**<br>**409 Sherwood Estate Circle**<br>**Clinton, TN 37716** | - | | | | | | | 1,266.02 |
| Account No. | | | | | | | | |
| **Columbia Insurance Group**<br>**2102 White Gated Drive**<br>**PO Box 6032**<br>**Columbia, MO 65205-6032** | - | | | | | | | 158.80 |
| Account No. | | | | | | | | |
| **DataFax, Inc.**<br>**737 W Main Street**<br>**Suite 200**<br>**Montevallo, AL 35115** | - | | | | | | | 1,095.00 |
| Account No. | | | | 2001-2009 | | | | |
| **David Camp**<br>**12236 Mossy Point Way**<br>**Knoxville, TN 37922** | - | | | | | | | 251,840.00 |

Sheet no. __5___ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                      254,677.82

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                     Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Arrowhead Stone Manufacturing, Inc.** _____ ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| David Sizemore 916 Weatherly Hills Blvd Knoxville, TN 37934 | | - | | | | | | 3,531.65 |
| Account No. | | | 6/15/2009 | | | | | |
| Dennis Camp 1435 Chartwell View Colorado Springs, CO 80906 | X | - | | | | | | 46,279.73 |
| Account No. | | | | | | | | |
| Duo-Fast of Knoxville, Inc. 3906 Papermill Drive Knoxville, TN 37909 | | - | | | | | | 431.70 |
| Account No. | | | | | | | | |
| FedEx P.O. Box 94515 Palatine, IL 60094-4515 | | - | | | | | | 93.12 |
| Account No. | | | | | | | | |
| FirstComp PO Box 3009 Omaha, NE 68103-0481 | | - | | | | | | 240.59 |

Sheet no. __6__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **50,576.79**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Arrowhead Stone Manufacturing, Inc.**                                     ,        Case No. _____

_____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **Frank Bigda** 659 Langston Road Strawberry Plains, TN 37871 | | - | | | | | | 326.66 |
| Account No. **Freight Management Systems** 3517 Neal Drive Knoxville, TN 37918 | | - | | | | | | 411.00 |
| Account No. **xxxx xxxx xxxx 2634** **GM Mastercard** HSBC PO Box 80082 Salinas, CA 93912 | X | - | | | | | | 14,907.10 |
| Account No. **Grainger** PO Box 419267 Kansas City, MO 64141-6267 | | - | | | | | | 700.29 |
| Account No. **Hall Properties LP** 3600 Henson Rd Knoxville, TN 37921 | X | - | | Unpaid Rent | | | | 46,303.09 |

Sheet no. __7___ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

62,648.14

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Arrowhead Stone Manufacturing, Inc.**                                    ,    Case No. _____
                                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Harry Wade 408 Erin Drive Knoxville, TN 37919 | - | | | | | | | 24,536.22 |
| Account No. | | | | | | | | |
| Home Builders Association 221 Clark Street NW Knoxville, TN 37921-6326 | - | | | | | | | 325.00 |
| Account No. | | | | | | | | |
| Hybrid Logistics PO Box 3853 Nashville, TN 37208 | - | | | | | | | 224.45 |
| Account No. | | | | | | | | |
| Jack Mundell 5505 River Point Cove Knoxville, TN 37919 | - | | | | | | | 111.09 |
| Account No. | | | | | | | | |
| Knox-Tenn Rental & Sales 854 N Central Ave Knoxville, TN 37917 | - | | | | | | | 1,553.73 |

Sheet no. __8__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

26,750.49

B6F (Official Form 6F) (12/07) - Cont.

In re   **Arrowhead Stone Manufacturing, Inc.**                                    ,        Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Knoxville Blue Print** <br>**Leroy Lane** <br>**Knoxville, TN 37917** | - | | | | | | 22.62 |
| Account No. **xxxxxx0000** <br><br>**KUB** <br>**PO Box 59017** <br>**Knoxville, TN 37950-9017** | - | | | | | | 2,061.33 |
| Account No. <br><br>**Landmark Truck Leasing** <br>**4550 Rutledge Pike** <br>**P.O. Box 6539** <br>**Knoxville, TN 37914** | - | | | | | | 338.75 |
| Account No. <br><br>**Lattimore, Black, Morgan & Cain, PC** <br>**10024 Investment Drive** <br>**Suite 200** <br>**Knoxville, TN 37932** | - | | | | | | 1,750.00 |
| Account No. <br><br>**Lean Management Solutions, LLC** <br>**2111 Maplewood Drive** <br>**Knoxville, TN 37920** | - | | | | | | 7,750.00 |

Sheet no. __9__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **11,922.70**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Arrowhead Stone Manufacturing, Inc.**                                        ,        Case No. _____
                                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Mark Jendrek <br> PO Box 549 <br> Knoxville, TN 37901** | | - | | | | | | 28,710.00 |
| Account No. <br><br> **Nelson A Burke, Co. <br> PO Box 94104 <br> Atlanta, GA 30377** | | - | | | | | | 1,147.73 |
| Account No. <br><br> **News Sentinel <br> 2332 News Sentinel Drive <br> Knoxville, TN 37921** | | - | | | | | | 5,770.00 |
| Account No. <br><br> **North American Container Corp. <br> PO Box 402346 <br> Atlanta, GA 30384-2346** | | - | | | | | | 3,300.00 |
| Account No. <br><br> **Old Dominon Freight Line <br> PO Box 198475 <br> Atlanta, GA 30384-8475** | | - | | | | | | 367.45 |

Sheet no. __10__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                  **39,295.18**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Arrowhead Stone Manufacturing, Inc.**                                        ,    Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | | | | | |
| **PCA** **PO Box 532058** **Atlanta, GA 30353-2058** | | | | | | | | 5,802.34 |
| Account No. | | - | | | | | | |
| **Polytek, Inc** **55 Hilton Street** **Easton, PA 18042** | | | | | | | | 1,515.48 |
| Account No. | | - | | | | | | |
| **Ralph Harris, Jr.** **114 Moreland Rd** **Mooresburg, TN 37811** | | | | | | | | 4,506.56 |
| Account No. | | - | | | | | | |
| **Rapid Fire Equipment, Inc.** **PO Box 4307** **Sevierville, TN 37864-4307** | | | | | | | | 246.93 |
| Account No. | | - | | | | | | |
| **Renaissance/GBA EPO Dental PL** **6606 Collection Center Drive** **Chicago, IL 60693** | | | | | | | | 318.66 |

Sheet no. __11__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **12,389.97**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __**Arrowhead Stone Manufacturing, Inc.**_____,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Russell Printing Options**<br>**1800 Grand Avenue**<br>**Knoxville, TN 37916** | - | | | | | | | 1,381.06 |
| Account No.<br><br>**Rustic Design Construction Group**<br>**22508 Alberta St**<br>**PO Box 4544**<br>**Oneida, TN 37841** | - | | | | | | | 4,000.00 |
| Account No.<br><br>**Safeguard Business Systems**<br>**PO Box 88043**<br>**Chicago, IL 60680-1043** | - | | | | | | | 292.70 |
| Account No.<br><br>**Sevier County HBA**<br>**509 High St**<br>**Sevierville, TN 37862** | - | | | | | | | 425.00 |
| Account No.<br><br>**Southeastern Freight**<br>**PO Box 100104**<br>**Columbia, SC 29202-3104** | - | | | | | | | 901.01 |

Sheet no. __**12**__ of __**14**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,999.77

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Arrowhead Stone Manufacturing, Inc.**                                      ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Southern Color** <br> **806 Tryvola Rd** <br> **Suite 108** <br> **Charlotte, NC 28217** | | - | | | | | | 4,450.00 |
| Account No. <br><br> **Sprint** <br> **PO Box 740602** <br> **Cincinnati, OH 45274-0602** | | - | | | | | | 1,045.67 |
| Account No. <br><br> **Stonecraft, Inc.** <br> **10613 Lexington Drive** <br> **Knoxville, TN 37932** | | - | | | | | | 861.00 |
| Account No. <br><br> **Tennessee Drug and Alcohol** <br> **207 Gill Street** <br> **Alcoa, TN 37701** | | - | | | | | | 125.00 |
| Account No. <br><br> **Tennessee Packaging** <br> **PO Box 711575** <br> **Cincinnati, OH 45271** | | - | | | | | | 11,300.00 |

Sheet no. __13__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          17,781.67

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Arrowhead Stone Manufacturing, Inc.**                                    ,        Case No. _____
                                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Union Printers** <br> **1107 Phillips Ave SE** <br> **Knoxville, TN 37920** | - | | | | | | 2,283.33 |
| Account No. <br><br> **USF Holland** <br> **27052 Network Place** <br> **Chicago, IL 60673-1270** | - | | | | | | 769.50 |
| Account No. <br><br> **Walker Phillips** <br> **535 Jefferson Road** <br> **Gatlinburg, TN 37738** | - | | | | | | 500.00 |
| Account No. <br><br> **Waste Management of Knoxville** <br> **PO Box 9001054** <br> **Louisville, KY 40290** | - | | | | | | 637.31 |
| Account No. <br><br> **Yellow Book USA** <br> **PO Box 11815** <br> **Newark, NJ 07101-0588** | - | | | | | | 7,179.35 |

Sheet no. __14__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal <br> (Total of this page) | 11,369.49 |
| Total <br> (Report on Summary of Schedules) | 598,860.22 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re   **Arrowhead Stone Manufacturing, Inc.**                                        ,        Case No. _____
                                         Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| **Hall Properties LP**<br>**3600 Henson Rd**<br>**Knoxville, TN 37921** | **Lease on plant and office** |

**0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                   Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re    **Arrowhead Stone Manufacturing, Inc.**                                                    ,    Case No. _____
                                                              Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **David and Christine Camp**<br>**12236 Mossy Point Way**<br>**Knoxville, TN 37922** | **BB&T Banking & Trust Center**<br>**Operations  Center**<br>**PO Box 819**<br>**Wilson, NC 27894-0819** |
| **David and Marilyn Sizemore**<br>**916 Weatherly Hills Blvd**<br>**Knoxville, TN 37934** | **BB&T Banking & Trust Center**<br>**Operations  Center**<br>**PO Box 819**<br>**Wilson, NC 27894-0819** |
| **David and Mary Ellen Travis**<br>**2659 E. Albany**<br>**Apt. A**<br>**Broken Arrow, OK 74014** | **BB&T Banking & Trust Center**<br>**Operations  Center**<br>**PO Box 819**<br>**Wilson, NC 27894-0819** |
| **David Camp**<br>**12236 Mossy Point Way**<br>**Knoxville, TN 37922** | **BB&T Leasing Corporation**<br>**PO Box 31273**<br>**Charlotte, NC 28231** |
| **David Camp**<br>**12236 Mossy Point Way**<br>**Knoxville, TN 37922** | **Dennis Camp**<br>**1435 Chartwell View**<br>**Colorado Springs, CO 80906** |
| **David Camp**<br>**12236 Mossy Point Way**<br>**Knoxville, TN 37922** | **Capital One Visa**<br>**PO Box 30285**<br>**Salt Lake City, UT 84130-0285** |
| **David Camp**<br>**12236 Mossy Point Way**<br>**Knoxville, TN 37922** | **Hall Properties LP**<br>**3600 Henson Rd**<br>**Knoxville, TN 37921** |
| **David Camp**<br>**12236 Mossy Point Way**<br>**Knoxville, TN 37922** | **Tennessee Depatment of Revenue**<br>**Tax Enforcement Division**<br>**PO Box 378**<br>**Knoxville, TN 37901** |
| **David G. Camp**<br>**12236 Mossy Point Way**<br>**Knoxville, TN 37922** | **Wells Fargo Equipment Finance**<br>**733 Marquette Ave**<br>**Suite 700**<br>**Minneapolis, MN 55402** |
| **David M Sizemore**<br>**916 Weatherly Hills Blvd**<br>**Knoxville, TN 37934** | **American Express**<br>**PO Box 981535**<br>**El Paso, TX 79998-1535** |

**1**

____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **Arrowhead Stone Manufacturing, Inc.**
_____,    Case No. _____
Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **David M Sizemore**<br>**916 Weatherly Hills Blvd**<br>**Knoxville, TN 37934** | **GM Mastercard**<br>**HSBC**<br>**PO Box 80082**<br>**Salinas, CA 93912** |
| **David Sizemore**<br>**916 Weatherly Hills Blvd**<br>**Knoxville, TN 37934** | **BB&T Leasing Corporation**<br>**PO Box 31273**<br>**Charlotte, NC 28231** |
| **David Sizemore**<br>**916 Weatherly Hills Blvd**<br>**Knoxville, TN 37934** | **Hall Properties LP**<br>**3600 Henson Rd**<br>**Knoxville, TN 37921** |
| **David Travis** | **BB&T Leasing Corporation**<br>**PO Box 31273**<br>**Charlotte, NC 28231** |
| **David Travis** | **Hall Properties LP**<br>**3600 Henson Rd**<br>**Knoxville, TN 37921** |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

**B6 Declaration (Official Form 6 - Declaration). (12/07)**

# United States Bankruptcy Court
### Eastern District of Tennessee

In re   **Arrowhead Stone Manufacturing, Inc.**                                          Case No. _____

                                                    Debtor(s)          Chapter    **7**   _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____**37**____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **November 11, 2009**_____          Signature   **/s/ David Camp**_____
                                                                          **David Camp**
                                                                          **President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### Eastern District of Tennessee

In re    **Arrowhead Stone Manufacturing, Inc.**                                    Case No.

                                                        Debtor(s)              Chapter    **7**

# <u>VERIFICATION OF CREDITOR MATRIX</u>

The above Debtor(s) hereby verifies under the penalty of perjury under the laws of the United States of America that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:    **November 11, 2009**                      **/s/ David Camp**

                                                    **David Camp**/**President**
                                                    Signer/Title

Date:    **November 11, 2009**                      **/s/ Lynn Tarpy**

                                                    Signature of Attorney
                                                    **Lynn Tarpy 006017**
                                                    **Hagood, Tarpy & Cox, PLLC**
                                                    **2100 Riverview Tower**
                                                    **900 South Gay Street**
                                                    **Knoxville, TN 37902**
                                                    **(865) 525-7313   Fax: (865) 525-0858**

Lynn Tarpy
Hagood, Tarpy & Cox, PLLC
2100 Riverview Tower
900 South Gay Street
Knoxville, TN 37902

A&W Compressor & Mechanical
PO Box 820
Maynardville, TN 37807

A-Welders & Medical Supply
124 Morelia Avenue NW
Knoxville, TN 37917

A.G. Heins Company, Inc.
PO Box 486
Knoxville, TN 37901

AAA Cooper
3235 Sutherland Avenue
Knoxville, TN 37919

Absolute Weighing, Inc.
7824 Ewing Road
Powell, TN 37849

Adam Little
2724 MLK Blvd
Knoxville, TN 37914

AFLAC
Attn: Remittance Processing Services
1932 Wynnton Road
Columbus, GA 31999

Aggregates USA, LLC
PO Box 2389
Knoxville, TN 37901

AIN Plastics
6700 Poe Avenue
Dayton, OH 45414

Alarms Unlimited
10820 Kingston Pike
Suite 6
Knoxville, TN 37934

Allied Toyotalift
1640 Island Home Avenue
Knoxville, TN 37920

American Express
PO Box 981535
El Paso, TX 79998-1535

Aniroot Chunchalean
160 Chickamauga Ave
Knoxville, TN 37917

Arrow Computers
PO Box 30741
Knoxville, TN 37930

AT&T
PO Box 105262
Atlanta, GA 30348-5262

AT&T Advertising
PO Box 105262
Atlanta, GA 30348-5024

Averitt Express, Inc.
P.O. Box 3145
Cookeville, TN 38503

Bass, Berry & Sims
315 Deadrick St
Suite 2700
Nashville, TN 37238-0002

BB&T Banking & Trust Center
Operations Center
PO Box 819
Wilson, NC 27894-0819

BB&T Financial
PO Box 200
Wilson, NC 27894

BB&T Leasing Corporation
PO Box 31273
Charlotte, NC 28231

Bill Cordell
1401 Glenmar Ave
Mount Carmel, TN 37645

C.H. Robinson Worldwide Inc.
PO Box 9121
Minneapolis, MN 55480-9121

Capital One Visa
PO Box 30285
Salt Lake City, UT 84130-0285

Cathay Pigments USA
2445 Millennium Dr
Elgin, IL 60124

Cemex/Southdown
PO Box 403880
Atlanta, GA 30384-3880

Christopher Berry
429 Chicapauga Avenue
Knoxville, TN 37917

Cintas
340 Dunavent Dr
Rockford, TN 37853

Cintas First Aid & Safety
2847 John Deere Dr
Suite 103
Knoxville, TN 37917

City Heating and Air Conditioning
PO Bix 52908
Knoxville, TN 37950

City of Knoxville
Personal Property Tax
PO Box 15001
Knoxville, TN 37901

Claxton Supply
409 Sherwood Estate Circle
Clinton, TN 37716

Columbia Insurance Group
2102 White Gated Drive
PO Box 6032
Columbia, MO 65205-6032

Darlene Betts
533 Joshua Drive
Dandridge, TN 37725

DataFax, Inc.
737 W Main Street
Suite 200
Montevallo, AL 35115

David and Christine Camp
12236 Mossy Point Way
Knoxville, TN 37922

David and Marilyn Sizemore
916 Weatherly Hills Blvd
Knoxville, TN 37934

David and Mary Ellen Travis
2659 E. Albany
Apt. A
Broken Arrow, OK 74014

David Camp
12236 Mossy Point Way
Knoxville, TN 37922

David G. Camp
12236 Mossy Point Way
Knoxville, TN 37922

David M Sizemore
916 Weatherly Hills Blvd
Knoxville, TN 37934

David Sizemore
916 Weatherly Hills Blvd
Knoxville, TN 37934

David Travis

Dennis Camp
1435 Chartwell View
Colorado Springs, CO 80906

Duo-Fast of Knoxville, Inc.
3906 Papermill Drive
Knoxville, TN 37909

FedEx
P.O. Box 94515
Palatine, IL 60094-4515

FirstComp
PO Box 3009
Omaha, NE 68103-0481

Frank Bigda
659 Langston Road
Strawberry Plains, TN 37871

Freight Management Systems
3517 Neal Drive
Knoxville, TN 37918

GM Mastercard
HSBC
PO Box 80082
Salinas, CA 93912

Grainger
PO Box 419267
Kansas City, MO 64141-6267

Hall Properties LP
3600 Henson Rd
Knoxville, TN 37921

Harold Beaman
1505 Crestridge Drive
Maryville, TN 37804

Harry Wade
408 Erin Drive
Knoxville, TN 37919

Home Builders Association
221 Clark Street NW
Knoxville, TN 37921-6326

Hybrid Logistics
PO Box 3853
Nashville, TN 37208

Internal Revenue Service
701 Locust Street
Drawer 400
Knoxville, TN 37902

Jack Mundell
5505 River Point Cove
Knoxville, TN 37919

Jeffrey Lewis
2944 Bluegrass Lane
Strawberry Plains, TN 37871

John Brooks
712 Boggs Avenue
Knoxville, TN 37920

John Mundell
5505 River Point Cove
Knoxville, TN 37919

Jon Owens
171 Kingstown Colony Drive
Maryville, TN 37803

Justin Rathburn
533 Joshua Drive
Dandridge, TN 37725

Knox County Trustee
PO Box 70
Knoxville, TN 37901-0070

Knox-Tenn Rental & Sales
854 N Central Ave
Knoxville, TN 37917

Knoxville Blue Print
Leroy Lane
Knoxville, TN 37917

KUB
PO Box 59017
Knoxville, TN 37950-9017

Landmark Truck Leasing
4550 Rutledge Pike
P.O. Box 6539
Knoxville, TN 37914

Lattimore, Black, Morgan & Cain, PC
10024 Investment Drive
Suite 200
Knoxville, TN 37932

Lean Management Solutions, LLC
2111 Maplewood Drive
Knoxville, TN 37920

Leon Watson
3419 Wilson Avenue
Knoxville, TN 37914

Mark Jendrek
PO Box 549
Knoxville, TN 37901

Michael McMahan
3105 E. Fifth Ave
Knoxville, TN 37914

Nelson A Burke, Co.
PO Box 94104
Atlanta, GA 30377

News Sentinel
2332 News Sentinel Drive
Knoxville, TN 37921

North American Container Corp.
PO Box 402346
Atlanta, GA 30384-2346

Old Dominon Freight Line
PO Box 198475
Atlanta, GA 30384-8475

Omar Scott
404 Tammy Drive
Powell, TN 37849

Paul Grimes
1207 Karnes Avenue
Knoxville, TN 37917

PCA
PO Box 532058
Atlanta, GA 30353-2058

Polytek, Inc
55 Hilton Street
Easton, PA 18042

Ralph Harris, Jr.
114 Moreland Rd
Mooresburg, TN 37811

Rapid Fire Equipment, Inc.
PO Box 4307
Sevierville, TN 37864-4307

Renaissance/GBA EPO Dental PL
6606 Collection Center Drive
Chicago, IL 60693

Russell Printing Options
1800 Grand Avenue
Knoxville, TN 37916

Rustic Design Construction Group
22508 Alberta St
PO Box 4544
Oneida, TN 37841

Safeguard Business Systems
PO Box 88043
Chicago, IL 60680-1043

Salvador Juan
1131 Connecticutt Avenue
Knoxville, TN 37921

Sevier County HBA
509 High St
Sevierville, TN 37862

Shon Ethridge
2724 MLK Blvd
Knoxville, TN 37921

Southeastern Freight
PO Box 100104
Columbia, SC 29202-3104

Southern Color
806 Tryvola Rd
Suite 108
Charlotte, NC 28217

Sprint
PO Box 740602
Cincinnati, OH 45274-0602

Stonecraft, Inc.
10613 Lexington Drive
Knoxville, TN 37932

Tennessee Department of Labor
Employment Security Division
220 French Landing Drive
Nashville, TN 37243

Tennessee Depatment of Revenue
Tax Enforcement Division
PO Box 378
Knoxville, TN 37901

Tennessee Drug and Alcohol
207 Gill Street
Alcoa, TN 37701

Tennessee Packaging
PO Box 711575
Cincinnati, OH 45271

Terry Byrd
121 Cedar Ridge Drive
Knoxville, TN 37924

Toyota Financial Services
Commercial Finance
PO Box 3457
Torrance, CA 90510-3457

U.S. Dept. of Labor
Wage and Hour Division
710 Locust Street
Suite 101
Knoxville, TN 37902

Union Printers
1107 Phillips Ave SE
Knoxville, TN 37920

USF Holland
27052 Network Place
Chicago, IL 60673-1270

Victor Ethridge
915 Virginia Ave
Knoxville, TN 37921

Walker Phillips
535 Jefferson Road
Gatlinburg, TN 37738

Waste Management of Knoxville
PO Box 9001054
Louisville, KY 40290

Wells Fargo Equipment Finance
733 Marquette Ave
Suite 700
Minneapolis, MN 55402

William Guinard
2068 Crossroads
Concord, VT 05824

Yellow Book USA
PO Box 11815
Newark, NJ 07101-0588

# United States Bankruptcy Court
### Eastern District of Tennessee

In re   **Arrowhead Stone Manufacturing, Inc.**

Debtor(s)

Case No. 

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Arrowhead Stone Manufacturing, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■  None [*Check if applicable*]

**November 11, 2009**

Date

**/s/ Lynn Tarpy**

**Lynn Tarpy 006017**

Signature of Attorney or Litigant

Counsel for   **Arrowhead Stone Manufacturing, Inc.**

**Hagood, Tarpy & Cox, PLLC**

**2100 Riverview Tower**
**900 South Gay Street**
**Knoxville, TN 37902**
**(865) 525-7313 Fax:(865) 525-0858**