# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF TENNESSEE

In re: ARROWHEAD STONE MANUFACTURING, INC.  § Case No. 09-36192
§
§
Debtor(s)  §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

W. GREY STEED, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:  $257,945.53         Assets Exempt:  $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $23,505.28     Claims Discharged
                                                Without Payment:  $1,307,342.48

Total Expenses of Administration:  $22,485.27

3) Total gross receipts of $ 45,990.55 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $45,990.55 from the liquidation of the property of the estate, which was distributed as follows:

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $272,661.22 | $265,872.94 | $23,505.28 | $23,505.28 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 26,019.38 | 24,460.95 | 22,485.27 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 81,494.77 | 113,118.97 | 113,118.97 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 615,729.42 | 1,096,835.27 | 1,096,835.27 | 0.00 |
| **TOTAL DISBURSEMENTS** | $969,885.41 | $1,501,846.56 | $1,257,920.47 | $45,990.55 |

4) This case was originally filed under Chapter 7 on November 11, 2009. The case was pending for 18 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/20/2011          By: /s/W. GREY STEED
                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| KUB PO Box 59017 Knoxville, TN 37950-9017 | 1129-000 | 3,786.70 |
| Jessica King | 1129-000 | 1,000.00 |
| 2005 International Truck and Palfinger Forklift | 1129-000 | 29,000.00 |
| 2000 Ford F-250 Truck | 1129-000 | 7,200.00 |
| settlement with BB & T | 1249-000 | 5,000.00 |
| Interest Income | 1270-000 | 3.85 |
| **TOTAL GROSS RECEIPTS** | | **$45,990.55** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Branch Banking and Trust Company | 4210-000 | 195,040.40 | 201,883.61 | 1,000.00 | 1,000.00 |
| 4 -2 | BB&T Leasing Corporation | 4210-000 | 8,759.11 | 11,000.00 | 11,000.00 | 11,000.00 |
| 5 | Toyota Motor Credit Corporation | 4210-000 | 11,879.00 | 12,633.39 | 0.00 | 0.00 |
| 7 | Knox County Trustee | 4110-000 | 3,859.92 | 3,973.38 | 1,493.71 | 1,493.71 |
| 14 | City of Knoxville | 4110-000 | 4,265.83 | 4,147.29 | 1,559.08 | 1,559.08 |
| 19 | Internal Revenue Service | 4110-000 | 33,766.15 | 22,485.27 | 8,452.49 | 8,452.49 |
| 20S | Wells Fargo Equipment Finance, Inc. | 4210-000 | 15,090.81 | 9,750.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| TOTAL SECURED CLAIMS | $272,661.22 | $265,872.94 | $23,505.28 | $23,505.28 |

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| W. GREY STEED, TRUSTEE | 2100-000 | N/A | 5,349.06 | 4,081.41 | 3,751.76 |
| W. GREY STEED, TRUSTEE | 2200-000 | N/A | 72.88 | 64.86 | 59.62 |
| F. Scott Milligan | 3210-000 | N/A | 2,460.00 | 2,190.38 | 2,013.47 |
| F. Scott Milligan | 3220-000 | N/A | 119.46 | 106.32 | 97.73 |
| Hall Properties, L.P. | 2410-000 | N/A | 18,017.98 | 18,017.98 | 16,562.69 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 26,019.38 | 24,460.95 | 22,485.27 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 -2 | Harold M. Beaman, Jr. | 5800-000 | 3,028.83 | 1,456.00 | 1,456.00 | 0.00 |
| 17 | TN Dept. of Labor & Workforce Dev.- | 5800-000 | 3,509.46 | 2,038.31 | 2,038.31 | 0.00 |
| 30P | Tennessee Department of Revenue | 5800-000 | 15,688.12 | 31,713.80 | 31,713.80 | 0.00 |
| 31 | Tennessee Department of Revenue | 5800-000 | N/A | 59,210.86 | 59,210.86 | 0.00 |
| 34P | David Camp | 5800-000 | 25,292.00 | 10,950.00 | 10,950.00 | 0.00 |
| 39 | Lean Management Solutions, LLC | 5800-000 | 7,750.00 | 7,750.00 | 7,750.00 | 0.00 |
| NOTFILED | David Sizemore | 5200-000 | 26,089.00 | N/A | N/A | 0.00 |
| NOTFILED | Jon Owens | 5200-000 | 137.36 | N/A | N/A | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 81,494.77 | 113,118.97 | 113,118.97 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 —GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Southeastern Freight Lines, Inc. | 7100-000 | 901.01 | 653.00 | 653.00 | 0.00 |
| 2 | Packaging Corporation of America | 7100-000 | 5,802.34 | 5,768.92 | 5,768.92 | 0.00 |
| 6 | Yellow Book Sales & Distribution, Inc. | 7100-000 | 7,179.35 | 7,496.99 | 7,496.99 | 0.00 |
| 9 | Mark Jendrek, PC | 7100-000 | 28,710.00 | 30,442.50 | 30,442.50 | 0.00 |
| 10 | Denis R. Camp | 7100-000 | 46,279.73 | 47,224.36 | 47,224.36 | 0.00 |
| 11 | North American Container Corporation | 7100-000 | 3,300.00 | 3,425.00 | 3,425.00 | 0.00 |
| 12 | BB&T Bankruptcy | 7100-000 | 10,285.69 | 10,285.69 | 10,285.69 | 0.00 |
| 13 | Knox-Tenn Rental & Sales | 7100-000 | 1,553.73 | 2,698.60 | 2,698.60 | 0.00 |
| 15 | Cathay Pigments (USA), Inc. | 7100-000 | 15,724.91 | 16,724.91 | 16,724.91 | 0.00 |
| 16 | TN Dept. of Labor & Workforce Dev- | 7100-000 | 6,350.00 | 9,100.00 | 9,100.00 | 0.00 |
| 18U-2 | Hall Properties, L.P. | 7100-000 | 46,303.09 | 81,516.20 | 81,516.20 | 0.00 |
| 20U | Wells Fargo Equipment Finance, Inc. | 7100-000 | N/A | 5,075.33 | 5,075.33 | 0.00 |
| 21 | Absolute Weighing, Inc. | 7100-000 | 125.00 | 125.00 | 125.00 | 0.00 |
| 22 | American Express Bank, FSB | 7100-000 | 23,828.41 | 24,405.64 | 24,405.64 | 0.00 |
| 23 | Cemex/Southdown | 7100-000 | 12,689.14 | 12,689.14 | 12,689.14 | 0.00 |
| 24 | Polytek, Inc | 7100-000 | 1,515.48 | 1,537.40 | 1,537.40 | 0.00 |
| 25 | Averitt Express, Inc. | 7100-000 | 2,753.19 | 2,887.57 | 2,887.57 | 0.00 |
| 26 | Bass, Berry & Sims | 7100-000 | 8,411.21 | 8,411.21 | 8,411.21 | 0.00 |
| 27 | Old Dominon Freight Line | 7100-000 | 367.45 | 504.26 | 504.26 | 0.00 |
| 28 | Russell Printing Options | 7100-000 | 1,381.06 | 1,758.43 | 1,758.43 | 0.00 |
| 29 | FirstComp Insurance | 7100-000 | 240.59 | 198.59 | 198.59 | 0.00 |
| 30U | Tennessee Department of Revenue | 7100-000 | N/A | 1,520.45 | 1,520.45 | 0.00 |
| 32 | Claxton Supply | 7100-000 | 1,266.02 | 1,266.02 | 1,266.02 | 0.00 |
| 33 | Lattimore, Black, Morgan & Cain, PC | 7100-000 | 1,750.00 | N/A | N/A | 0.00 |
| 34U | David Camp | 7100-000 | 251,840.00 | 262,015.38 | 262,015.38 | 0.00 |
| 35 | AIN Plastics | 7100-000 | 5,017.88 | 5,017.88 | 5,017.88 | 0.00 |
| 36 | A&W Compressor & Mechanical | 7100-000 | 1,348.68 | 1,447.94 | 1,447.94 | 0.00 |
| 37 | C.H. Robinson Worldwide, Inc. | 7100-000 | 432.72 | 798.86 | 798.86 | 0.00 |
| 38 | Rick Merrell and wife, Amy Merrell | 7100-000 | N/A | 300,000.00 | 300,000.00 | 0.00 |
| 40 | Ann Mostoller, Trustee for Bankruptcy Estate | 7100-000 | N/A | 251,840.00 | 251,840.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | DataFax, Inc. | 7100-000 | 1,095.00 | N/A | N/A | 0.00 |
| NOTFILED | Columbia Insurance Group | 7100-000 | 158.80 | N/A | N/A | 0.00 |
| NOTFILED | City Heating and Air Conditioning | 7100-000 | 318.00 | N/A | N/A | 0.00 |
| NOTFILED | Duo-Fast of Knoxville, Inc. | 7100-000 | 431.70 | N/A | N/A | 0.00 |
| NOTFILED | Freight Management Systems | 7100-000 | 411.00 | N/A | N/A | 0.00 |
| NOTFILED | GM Mastercard HSBC | 7100-000 | 14,907.10 | N/A | N/A | 0.00 |
| NOTFILED | Frank Bigda | 7100-000 | 326.66 | N/A | N/A | 0.00 |
| NOTFILED | David Sizemore | 7100-000 | 3,531.65 | N/A | N/A | 0.00 |
| NOTFILED | FedEx | 7100-000 | 93.12 | N/A | N/A | 0.00 |
| NOTFILED | Cintas | 7100-000 | 819.28 | N/A | N/A | 0.00 |
| NOTFILED | Cintas First Aid & Safety | 7100-000 | 1,379.52 | N/A | N/A | 0.00 |
| NOTFILED | Aggregates USA, LLC | 7100-000 | 2,491.25 | N/A | N/A | 0.00 |
| NOTFILED | Alarms Unlimited | 7100-000 | 357.00 | N/A | N/A | 0.00 |
| NOTFILED | AFLAC | 7100-000 | 1,729.18 | N/A | N/A | 0.00 |
| NOTFILED | Allied Toyotalift | 7100-000 | 1,919.27 | N/A | N/A | 0.00 |
| NOTFILED | AAA Cooper | 7100-000 | 1,719.88 | N/A | N/A | 0.00 |
| NOTFILED | Arrow Computers | 7100-000 | 499.28 | N/A | N/A | 0.00 |
| NOTFILED | Bill Cordell | 7100-000 | 1,147.13 | N/A | N/A | 0.00 |
| NOTFILED | Capital One Visa | 7100-000 | 848.30 | N/A | N/A | 0.00 |
| NOTFILED | AT&T Advertising | 7100-000 | 8,432.81 | N/A | N/A | 0.00 |
| NOTFILED | Grainger | 7100-000 | 700.29 | N/A | N/A | 0.00 |
| NOTFILED | AT&T | 7100-000 | 120.45 | N/A | N/A | 0.00 |
| NOTFILED | Jack Mundell | 7100-000 | 111.09 | N/A | N/A | 0.00 |
| NOTFILED | Harry Wade | 7100-000 | 24,536.22 | N/A | N/A | 0.00 |
| NOTFILED | Sprint | 7100-000 | 1,045.67 | N/A | N/A | 0.00 |
| NOTFILED | Stonecraft, Inc. | 7100-000 | 861.00 | N/A | N/A | 0.00 |
| NOTFILED | Southern Color | 7100-000 | 4,450.00 | N/A | N/A | 0.00 |
| NOTFILED | Tennessee Drug and Alcohol | 7100-000 | 125.00 | N/A | N/A | 0.00 |
| NOTFILED | Sevier County HBA | 7100-000 | 425.00 | N/A | N/A | 0.00 |
| NOTFILED | Tennessee Packaging | 7100-000 | 11,300.00 | N/A | N/A | 0.00 |
| NOTFILED | Walker Phillips | 7100-000 | 500.00 | N/A | N/A | 0.00 |
| NOTFILED | Waste Management of Knoxville | 7100-000 | 637.31 | N/A | N/A | 0.00 |
| NOTFILED | USF Holland | 7100-000 | 769.50 | N/A | N/A | 0.00 |
| NOTFILED | Safeguard Business Systems | 7100-000 | 292.70 | N/A | N/A | 0.00 |
| NOTFILED | Union Printers | 7100-000 | 2,283.33 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Rustic Design Construction Group | 7100-000 | 4,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Knoxville Blue Print Leroy Lane | 7100-000 | 22.62 | N/A | N/A | 0.00 |
| NOTFILED | KUB | 7100-000 | 2,061.33 | N/A | N/A | 0.00 |
| NOTFILED | A-Welders & Medical Supply | 7100-000 | 2,367.99 | N/A | N/A | 0.00 |
| NOTFILED | Landmark Truck Leasing | 7100-000 | 338.75 | N/A | N/A | 0.00 |
| NOTFILED | Hybrid Logistics | 7100-000 | 224.45 | N/A | N/A | 0.00 |
| NOTFILED | Nelson A Burke, Co. | 7100-000 | 1,147.73 | N/A | N/A | 0.00 |
| NOTFILED | Rapid Fire Equipment, Inc. | 7100-000 | 246.93 | N/A | N/A | 0.00 |
| NOTFILED | Renaissance/GBA EPO Dental PL | 7100-000 | 318.66 | N/A | N/A | 0.00 |
| NOTFILED | Ralph Harris, Jr. | 7100-000 | 4,506.56 | N/A | N/A | 0.00 |
| NOTFILED | Home Builders Association | 7100-000 | 325.00 | N/A | N/A | 0.00 |
| NOTFILED | News Sentinel | 7100-000 | 5,770.00 | N/A | N/A | 0.00 |
| NOTFILED | Shon Ethridge | 7100-000 | 211.27 | N/A | N/A | 0.00 |
| NOTFILED | Justin Rathburn | 7100-000 | 63.36 | N/A | N/A | 0.00 |
| NOTFILED | Leon Watson | 7100-000 | 106.56 | N/A | N/A | 0.00 |
| NOTFILED | Michael McMahan | 7100-000 | 1,060.44 | N/A | N/A | 0.00 |
| NOTFILED | John Mundell | 7100-000 | 250.00 | N/A | N/A | 0.00 |
| NOTFILED | Omar Scott | 7100-000 | 104.48 | N/A | N/A | 0.00 |
| NOTFILED | Terry Byrd | 7100-000 | 536.51 | N/A | N/A | 0.00 |
| NOTFILED | Victor Ethridge | 7100-000 | 112.35 | N/A | N/A | 0.00 |
| NOTFILED | Salvador Juan | 7100-000 | 131.15 | N/A | N/A | 0.00 |
| NOTFILED | John Brooks | 7100-000 | 51.68 | N/A | N/A | 0.00 |
| NOTFILED | Paul Grimes | 7100-000 | 94.80 | N/A | N/A | 0.00 |
| NOTFILED | Jeffrey Lewis | 7100-000 | 1,649.52 | N/A | N/A | 0.00 |
| NOTFILED | Adam Little | 7100-000 | 108.48 | N/A | N/A | 0.00 |
| NOTFILED | Aniroot Chunchalean | 7100-000 | 109.30 | N/A | N/A | 0.00 |
| NOTFILED | David Sizemore | 7100-000 | 10,950.00 | N/A | N/A | 0.00 |
| NOTFILED | Darlene Betts | 7100-000 | 1,357.13 | N/A | N/A | 0.00 |
| NOTFILED | William Guinard | 7100-000 | 1,237.80 | N/A | N/A | 0.00 |
| NOTFILED | Christopher Berry | 7100-000 | 134.40 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 615,729.42 | 1,096,835.27 | 1,096,835.27 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-36192  
**Case Name:** ARROWHEAD STONE MANUFACTURING, INC.

**Trustee:** (620420) W. GREY STEED  
**Filed (f) or Converted (c):** 11/11/09 (f)  
**§341(a) Meeting Date:** 12/14/09  
**Claims Bar Date:** 05/10/10

**Period Ending:** 04/20/11

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Commercial Checking Account BB&T 900 S Gay St Kn  Orig. Asset Memo: Imported from origional petition Doc#     1; Imported from original petition Doc# 1; | 100.00 | 100.00 | DA | 0.00 | FA |
| 2 | KUB PO Box 59017 Knoxville, TN 37950-9017  Orig. Asset Memo: Imported from origional petition Doc#     1; Imported from original petition Doc# 1; | 6,200.00 | 6,200.00 | DA | 3,786.70 | FA |
| 3 | Olympus Digital Camera  Orig. Asset Memo: Imported from origional petition Doc#     1; Imported from original petition Doc# 1; | 25.00 | 25.00 | DA | 0.00 | FA |
| 4 | Workers Compensation Policy (First Comp) Liabili  Orig. Asset Memo: Imported from origional petition Doc#     1; Imported from original petition Doc# 1; | 2,000.00 | 2,000.00 | DA | 0.00 | FA |
| 5 | Trade Receivables See Attachment  Orig. Asset Memo: Imported from origional petition Doc#     1; Imported from original petition Doc# 1; | 38,539.89 | 38,539.89 | DA | 0.00 | FA |
| 6 | Returned Checks  Orig. Asset Memo: Imported from origional petition Doc#     1; Imported from original petition Doc# 1; | 518.69 | 518.69 | DA | 0.00 | FA |
| 7 | Misc. Receivables  Orig. Asset Memo: Imported from origional petition Doc#     1; Imported from original petition Doc# 1; | 228.24 | 228.24 | DA | 0.00 | FA |
| 8 | Jessica King  Orig. Asset Memo: Imported from origional petition Doc#     1; Imported from original petition Doc# 1; | 19,291.71 | 19,291.71 | DA | 1,000.00 | FA |
| 9 | Coping Stone Concept  Orig. Asset Memo: Imported from origional petition Doc#     1; Imported from original petition Doc# 1; | Unknown | 0.00 | DA | 0.00 | FA |
| 10 | Customer List  Orig. Asset Memo: Imported from origional petition Doc#     1; Imported from original petition Doc# 1; | Unknown | 0.00 | DA | 0.00 | FA |
| 11 | 2005 International Truck and Palfinger Forklift  Orig. Asset Memo: Imported from original petition Doc# 1; | 50,000.00 | 41,240.89 | DA | 29,000.00 | FA |
| 12 | 2000 Ford F-250 Truck | 5,000.00 | 5,000.00 | DA | 7,200.00 | FA |

Printed: 04/20/2011 10:26 AM    V.12.56

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-36192  
**Case Name:** ARROWHEAD STONE MANUFACTURING, INC.

**Trustee:** (620420)  W. GREY STEED  
**Filed (f) or Converted (c):** 11/11/09 (f)  
**§341(a) Meeting Date:** 12/14/09  

**Period Ending:** 04/20/11  
**Claims Bar Date:** 05/10/10

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| | Orig. Asset Memo: Imported from original petition Doc# 1; | | | | | |
| 13 | 2004 Bobcat S-160 with 56" bucket & 48" forks  Orig. Asset Memo: Imported from original petition Doc# 1; | 15,000.00 | 0.00 | DA | 0.00 | FA |
| 14 | 2005 Toyota forklift with 48" forks, side shifte  Orig. Asset Memo: Imported from original petition Doc# 1; | 11,000.00 | 0.00 | OA | 0.00 | FA |
| 15 | 1999 Toyota forklift  Orig. Asset Memo: Imported from original petition Doc# 1; | 4,000.00 | 4,000.00 | DA | 0.00 | FA |
| 16 | 3 Computers, 1 CD Player, 6 Desks, 4 Folding Tab  Orig. Asset Memo: Imported from original petition Doc# 1; | 3,100.00 | 3,100.00 | DA | 0.00 | FA |
| 17 | Machinery, Fixtures, Equipment  Orig. Asset Memo: Imported from original petition Doc# 1; | 54,015.00 | 54,015.00 | DA | 0.00 | FA |
| 18 | Production molds  Orig. Asset Memo: Imported from original petition Doc# 1; | Unknown | 0.00 | DA | 0.00 | FA |
| 19 | Finished goods  Orig. Asset Memo: Imported from original petition Doc# 1; | 44,158.00 | 44,158.00 | DA | 0.00 | FA |
| 20 | Raw Materials & Supplies  Orig. Asset Memo: Imported from original petition Doc# 1; | 4,769.00 | 4,769.00 | DA | 0.00 | FA |
| 21 | settlement with BB & T  (u)  SHARED EXPENSES WITH BB&T | Unknown | Unknown | DA | 5,000.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 3.85 | Unknown |
| 22 | Assets   Totals (Excluding unknown values) | **$257,945.53** | **$223,186.42** | | **$45,990.55** | **$0.00** |

**Major Activities Affecting Case Closing:**

TFR SUBMITTED

Printed: 04/20/2011 10:26 AM    V.12.56

Exhibit 8

Page: 3

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-36192  
**Case Name:** ARROWHEAD STONE MANUFACTURING, INC.

**Trustee:** (620420) W. GREY STEED  
**Filed (f) or Converted (c):** 11/11/09 (f)  
**§341(a) Meeting Date:** 12/14/09  
**Claims Bar Date:** 05/10/10

**Period Ending:** 04/20/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Initial Projected Date Of Final Report (TFR):** May 10, 2010    **Current Projected Date Of Final Report (TFR):** April 1, 2011

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 09-36192  
**Case Name:** ARROWHEAD STONE MANUFACTURING, INC.  
**Taxpayer ID #:** **-***0279  
**Period Ending:** 04/20/11

**Trustee:** W. GREY STEED (620420)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****65-65 - Money Market Account  
**Blanket Bond:** $1,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/04/09 | {8} | Jessica King | Ist payment on balance of 17,374.61 | 1129-000 | 500.00 | | 500.00 |
| 12/17/09 | {8} | Jessica King | ACCOUNTS RECEIVABLE | 1129-000 | 500.00 | | 1,000.00 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.02 | | 1,000.02 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.03 | | 1,000.05 |
| 02/03/10 | {2} | KUB | utility deposit refund | 1129-000 | 3,786.70 | | 4,786.75 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.15 | | 4,786.90 |
| 03/08/10 | | Powell Auction | proceeds from sale of vehicles | | 36,200.00 | | 40,986.90 |
| | {12} | | 7,200.00 | 1129-000 | | | 40,986.90 |
| | {11} | | 29,000.00 | 1129-000 | | | 40,986.90 |
| 03/15/10 | 1001 | BB&T Leasing Corporation | CLAIMS & NOTICES | 4210-000 | | 11,000.00 | 29,986.90 |
| 03/29/10 | 1002 | BB&T Leasing Corporation | CLAIMS & NOTICES<br>Voided on 04/12/10 | 4210-000 | | 1,000.00 | 28,986.90 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.17 | | 28,988.07 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.20 | | 28,988.27 |
| 04/06/10 | | Wire out to BNYM account 9200******6565 | Wire out to BNYM account 9200******6565 | 9999-000 | -28,988.27 | | 0.00 |
| 04/12/10 | 1002 | BB&T Leasing Corporation | CLAIMS & NOTICES<br>Voided: check issued on 03/29/10 | 4210-000 | | -1,000.00 | 1,000.00 |
| 04/13/10 | | Wire out to BNYM account 9200******6565 | Wire out to BNYM account 9200******6565 | 9999-000 | -1,000.00 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 11,000.00 | 11,000.00 | $0.00 |
| | | | Less: Bank Transfers | | -29,988.27 | 0.00 | |
| | | | **Subtotal** | | **40,988.27** | **11,000.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$40,988.27** | **$11,000.00** | |

{} Asset reference(s)

Printed: 04/20/2011 10:26 AM   V.12.56

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 09-36192
**Case Name:** ARROWHEAD STONE MANUFACTURING, INC.

**Trustee:** W. GREY STEED (620420)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******65-65 - Money Market Account

**Taxpayer ID #:** **-***0279
**Period Ending:** 04/20/11

**Blanket Bond:** $1,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********6565 | Wire in from JPMorgan Chase Bank, N.A. account ********6565 | 9999-000 | 28,988.27 | | 28,988.27 |
| 04/12/10 | 11003 | Branch Banking and Trust Company | CLAIMS & NOTICES | 4210-000 | | 1,000.00 | 27,988.27 |
| 04/13/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********6565 | Wire in from JPMorgan Chase Bank, N.A. account ********6565 | 9999-000 | 1,000.00 | | 28,988.27 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.39 | | 28,989.66 |
| 05/14/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0700% | 1270-000 | 0.89 | | 28,990.55 |
| 05/14/10 | | To Account #9200******6566 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | | 28,990.55 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **29,990.55** | **29,990.55** | **$0.00** |
| | | | Less: Bank Transfers | | 29,988.27 | 28,990.55 | |
| | | | **Subtotal** | | **2.28** | **1,000.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$2.28** | **$1,000.00** | |

Exhibit 9

# FORM 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 09-36192  
**Case Name:** ARROWHEAD STONE MANUFACTURING, INC.  
**Taxpayer ID #:** **-***0279  
**Period Ending:** 04/20/11

**Trustee:** W. GREY STEED (620420)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******65-66 - Checking Account  
**Blanket Bond:** $1,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/14/10 | | Deposit Reversal In Error | Deposit Reversal in Error | 9999-000 | 28,990.38 | | 28,990.38 |
| 05/14/10 | | From Account #9200******6565 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | 28,990.55 | | 57,980.93 |
| 05/14/10 | | From Account #92000235096565 | | 9999-000 | -28,990.38 | | 28,990.55 |
| 12/23/10 | {21} | BB&T BANK | SHARING OF ADMIN EXPENSES FOR SALE WITH SECURED CREDITOR | 1249-000 | 5,000.00 | | 33,990.55 |
| 03/16/11 | 101 | Knox County Trustee | Dividend paid 100.00% on $1,493.71; Claim# 7; Filed: $3,973.38; Reference: | 4110-000 | | 1,493.71 | 32,496.84 |
| 03/16/11 | 102 | City of Knoxville | Dividend paid 100.00% on $1,559.08; Claim# 14; Filed: $4,147.29; Reference: | 4110-000 | | 1,559.08 | 30,937.76 |
| 03/16/11 | 103 | Internal Revenue Service | Dividend paid 100.00% on $8,452.49; Claim# 19; Filed: $22,485.27; Reference: | 4110-000 | | 8,452.49 | 22,485.27 |
| 03/16/11 | 104 | W. GREY STEED, TRUSTEE | Dividend paid 91.92% on $4,081.41, Trustee Compensation; Reference: | 2100-000 | | 3,751.76 | 18,733.51 |
| 03/16/11 | 105 | W. GREY STEED, TRUSTEE | Dividend paid 91.92% on $64.86, Trustee Expenses; Reference: | 2200-000 | | 59.62 | 18,673.89 |
| 03/16/11 | 106 | F. Scott Milligan | Dividend paid 91.92% on $2,190.38, Attorney for Trustee Fees (Other Firm); Reference: | 3210-000 | | 2,013.47 | 16,660.42 |
| 03/16/11 | 107 | F. Scott Milligan | Dividend paid 91.92% on $106.32, Attorney for Trustee Expenses (Other Firm); Reference: | 3220-000 | | 97.73 | 16,562.69 |
| 03/16/11 | 108 | Hall Properties, L.P. | Dividend paid 91.92% on $18,017.98, Admin. Rent (post-petition storage fees, leases, etc.); Reference: | 2410-000 | | 16,562.69 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 33,990.55 | 33,990.55 | $0.00 |
| | | | Less: Bank Transfers | | 28,990.55 | 0.00 | |
| | | | **Subtotal** | | 5,000.00 | 33,990.55 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$5,000.00** | **$33,990.55** | |

{} Asset reference(s)

Printed: 04/20/2011 10:26 AM    V.12.56

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 09-36192  
**Case Name:** ARROWHEAD STONE MANUFACTURING, INC.  

**Taxpayer ID #:** **-***0279  
**Period Ending:** 04/20/11

**Trustee:** W. GREY STEED (620420)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******65-66 - Checking Account  
**Blanket Bond:** $1,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts :  45,990.55  
———————  
Net Estate :  $45,990.55

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****65-65 | 40,988.27 | 11,000.00 | 0.00 |
| MMA # 9200-******65-65 | 2.28 | 1,000.00 | 0.00 |
| Checking # 9200-******65-66 | 5,000.00 | 33,990.55 | 0.00 |
|  | $45,990.55 | $45,990.55 | $0.00 |

{} Asset reference(s)

Printed: 04/20/2011 10:26 AM    V.12.56